UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02661-TLN-KJN
No. 2:23-cv-02662-TLN-KJN
No. 2:23-cv-02663-TLN-KJN
No. 2:23-cv-02664-TLN-KJN
No. 2:23-cv-02665-TLN-KJN
No. 2:23-cv-02717-TLN-KJN
No. 2:23-cv-02718-TLN-KJN
No. 2:23-cv-02719-TLN-KJN
No. 2:23-cv-02727-TLN-KJN
No. 2:23-cv-02730-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman. (*Id.* at ECF No. 26). If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02661, 2:23-cv-02662, 2:23-cv-02663, 2:23-cv-02664, 2:23-cv-02665, 2:23-cv-02717, 2:23-cv-02718, 2:23-cv-02719, 2:23-cv-02727 and 2:23-cv-02730 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Dated: December 21, 2023

Troy L. Nunley
United States District Judge